TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00061-CV

Indemnity Casualty & Property Limited; Insurance General Management Corporation;

Mark Elwyn Burroughs; and Kenneth Rowe Burroughs, Appellant

v.

Elton Bomer, Commissioner of Insurance, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 96-02540, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING 

PER CURIAM

 Appellants Indemnity Casualty & Property Limited; Insurance General Management
Corporation; Mark Elwyn Burroughs; and Kenneth Rowe Burroughs move to dismiss the appeal. We
grant their motion and dismiss the appeal.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Appeal Dismissed on Appellants' Motion

Filed: February 27, 1997

Do Not Publish